IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-239-WKW |
| | ) | (WO) |
| DEJUAN E. PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. Judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby entered in favor of Plaintiff United States of America and against Defendant Dejuan E. Patterson.

2. The plaintiff shall have and recover damages in the amount of $8,036.56, which consists of $4,968.00 in tax liabilities and $3,068.56 in interest, against the defendant.

3. Costs are taxed against the defendant.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of October, 2006.

　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE